DECEMBER 22, 1938

No. 40222.—SUIT 4148— —*F. W. Woolworth Co.* v. *United States.* T. D. 49148 affirmed.

No. 40223.—SUIT 4174.— —*M. Pressner & Co.* v. *United States.* Abstract 38055 reversed.